**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:
BERTRUM J. SMITH                                   CASE NO. 17-14695-PDR
_____DEBTOR /                              CHAPTER 13

**DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE**
**FEES, EXPENSES, AND CHARGES FILED BY U.S. BANK TRUST NATIONAL**
**ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST C/O SN SERVICING**
**CORPORATION**

The Debtor, BERTRUM J. SMITH, by and through undersigned counsel, files this

Objection to the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by U.S. Bank

Trust National Association as Trustee of the Tiki Series IV Trust C/O SN Servicing Corporation

("Lender") on May 2, 2022 and in support thereof state:

1.      The Debtor filed their Chapter 13 bankruptcy petition on April 14, 2017.

2.      On May 2, 2022, Lender filed a Notice of Postpetition Mortgage Fees, Expenses,

and Charges (Supplement to Proof of Claim #6-1), seeking to collect attorney fees

incurred by the Lender on February 8, 2022 totaling $400.00.

3.      The Debtor is unable to comply with the onerous fees posed by the Notice of

Postpetition Mortgage Fees, Expenses, and Charges filed by the Lender.

WHEREFORE, the Debtor, BERTRUM J. SMITH, respectfully requests this Honorable

Court enter an Order striking the Notice of Postpetition Mortgage Fees, Expenses, and Charges

filed by U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust C/O SN

Servicing Corporation, and for whatever further relief this Court deems just and proper.

Respectfully submitted this 5th day of July 2022

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St. Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500